Certificate Number: 12433-PAM-DE-030946661

Bankruptcy Case Number: 18-01302



12433-PAM-DE-030946661

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>April 26, 2018</u>, at <u>9:41</u> o'clock <u>PM EDT</u>, <u>Frank J. Trzcinski</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 27, 2018</u>   By:   <u>/s/Lisa Susoev</u>

  Name: <u>Lisa Susoev</u>

  Title: <u>Teacher</u>