Certificate Number: 12433-PAM-DE-030946662

Bankruptcy Case Number: 18-01302



12433-PAM-DE-030946662

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 26, 2018, at 9:41 o'clock PM EDT, Erika D. Trzcinski completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 27, 2018   By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher