```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                                  Case No. 18-01302-RNO
Frank J. Trzcinski                                                                      Chapter 13
Erika Danielle Trzcinski
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                 Page 1 of 3                 Date Rcvd: May 09, 2018
                              Form ID: ntcnfhrg             Total Noticed: 91


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db/jdb         +Frank J. Trzcinski,    Erika Danielle Trzcinski,    111 French Coach Road,
                 Milford, PA 18337-5030
5046974         1st Financial Bank USA,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
5042185         ACI,   2420 SWEET HOME ROAD,    SUITE 150,   AMHERST, NY 14228-2244
5042186        +AFC URGENT CARE NEW BRITAIN,    PO BOX 10417,   HOLYOKE, MA 01041-2017
5042188        +ALLEN DANIEL ASSOC,    159 OVERLAND RD STE 406,    WALTHAM, MA 02451-1703
5042189        +ALLTRAN FINANCIAL,   PO BOX 610,    SAUK RAPIDS, MN 56379-0610
5042191        +AMERICAN EXPRESS CENTURION BANK,    4315 S. 2700 WEST,    SALT LAKE CITY, UT 84148-0001
5042192         ANJANA PONTHOTA MD,    707 E MAIN STREET,   MIDDLETOWN, NY 10940-2650
5042193         ASSETMAX,   PO BOX 190191,    SOUTH RICHMOND HILL, NY 11419-0191
5042194        +AT&T MOBILITY,   CORPORATE OFFICE,    1025 LENOX PARK BLVD,    ATLANTA, GA 30319-5309
5042195         ATLANTIC HEALTH SYSTEM,    NEWTON MEDICAL CENTER,    PO BOX 36458,   NEWARK, NJ 07188-6458
5055899         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5042196       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,     PO BOX 982238,    EL PASO, TX 79998-2238)
5042197         BARCLAYS BANK DE,   PO BOX 8803,    WILMINGTON, DE 19899-8803
5042199        +BAYSTATE MEDICAL PRACTICES,    380 PLAINFIELD AVENUE,    SPRINGFIELD, MA 01199-0001
5042200        +BAYSTATE REFERENCE LAB,    759 CHESTNUT STREET,    SPRINGFIELD, MA 01199-1001
5042201        +BEST BUY/CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5042203         BON SECOURS COMMUNITY HOSPITAL,    160 EAST MAIN STREET,    PORT JERVIS, NY 12771-2245
5042202         BON SECOURS COMMUNITY HOSPITAL,    PO BOX 742791,    ATLANTA, GA 30374-2791
5042206        +CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5042208        +CASTELLO SOLAR LLC,    PO BOX 3500,   DRAPER, UT 84020-3500
5042210         CENLAR FED SAVINGS BANK,    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
5042211        +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
5042212        +CHRYSLER CAPITAL,   PO BOX 961275,    FORT WORTH, TX 76161-0275
5042213        +CITI,   PO BOX 6286,    SIOUX FALLS, SD 57117-6286
5042214        +CITI CARDS/CITIBANK,    PO BOX 6241,   SIOUX FALLS, SD 57117-6241
5042215        +COMMUNITY BANK NA,    45-49 COURT STREET,   PO BOX 509,    CANTON, NY 13617-0509
5042216        +CRYSTAL RUN HEALTHCARE LLP,    155 CRYSTAL RUN ROAD,    MIDDLETOWN, NY 10941-4057
5050516         Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
5047553        +Castello Solar I, LLC,    3055 Clearview Way,    San Mateo, CA 94402-3709
5054855        +Community Bank, N.A.,    PO Box 509,   Canton, NY 13617-0509
5042219        +EILEEN O'SHAUGHNESSY ESQ,    MARINOSCI LAW GROUP,    275 WEST NATICK RD STE 500,
                 WARWICK, RI 02886-1161
5042220        +ERC,   PO BOX 57610,    JACKSONVILLE, FL 32241-7610
5042222         FORD MOTOR CREDIT CO,    PO BOX 6508,   MESA, AZ 85216-6508
5042223        +GATESTONE & CO INT'L INC,    1000 N WEST STREET,    SUITE 1200,    WILMINGTON, DE 19801-1058
5042224        +GM FINANCIAL LEASING,    PO BOX 100,   WILLIAMSVILLE, NY 14231-0100
5042226         LABORATORY CORP OF AMERICA,    PO BOX 2240,   BURLINGTON, NC 27216-2240
5042227         LCA COLLECTIONS,    2509 NORTH COURT,   BETHLEHEM, PA 18017-3929
5056730        +M&T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
5042229        +MARK NICHTER PC,    44 SOUTH BROADWAY,   WHITE PLAINS, NY 10601-4425
5042230         MERCANTILE ADJUSTMENT BUREAU,    165 LAWRENCE BELL DRIVE,    SUITE 100,
                 WILLIAMSVILLE, NY 14221-7900
5042231        +MIDDLETOWN COMM HEALTH CTR,    PO BOX 987,   MIDDLETOWN, NY 10940-0987
5042233        +MOUND SOLAR PARTNERSHIP XI,    PO BOX 3500,   DRAPER, UT 84020-3500
5047554        +Mound Solar Partnership XI, LLC,    3055 Clearview Way,    San Mateo, CA 94402-3709
5042234         NAUMAN AHMAD MD,    707 E MAIN STREET,   MIDDLETOWN, NY 10940-2650
5042236        +NCB MANAGEMENT SERVICES,    PO BOX 1099,   LANGHORNE, PA 19047-6099
5042237         NELLI GLUZMAN MD,    707 E MAIN STREET,   MIDDLETOWN, NY 10940-2650
5042239        +NORTHEAST MEDICAL EQUIPMENT,    1101 MAIN STREET,    HONESDALE, PA 18431-1907
5051739         Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,    GLHEC and Affiliates,
                 PO BOX 8961,   Madison, WI 53708-8961
5042240        +ORANGE REGIONAL MEDICAL CTR,    707 E MAIN STREET,    MIDDLETOWN, NY 10940-2667
5042241         ORANGE REGIONAL MEDICAL GROUP,    75 CRYSTAL RUN ROAD STE G20,    MIDDLETOWN, NY 10941-7014
5042242        +PEDIATRIC PRACTICES OF NEPA,    1837 FAIR AVENUE,    HONESDALE, PA 18431-2197
5042243         PENNYMAC,   PO BOX 514387,    LOS ANGELES, CA 90051-4387
5042246         RADIOLOGY ADVANTAGE NJ,    2 MERIDIAN BLVE 3RD FL,    WYOMISSING, PA 19610-3202
5042247        +RATCHFORD LAW GROUP PC,    409 LACKAWANNA AVE STE 320,    SCRANTON, PA 18503-2059
5042249         SANTANDER CONSUMER USA,    ATTN BANKRUPTCY DEPT,    PO BOX 560284,   DALLAS, TX 75356-0284
5042250        +SOLAR CITY BILLING DEPT,    PO BOX 3500,   DRAPER, UT 84020-3500
5042253        +TDRCS/RAYMOUR & FLANIGAN,    1000 MACARTHUR BLVD,    MAHWAH, NJ 07430-2035
5042254        +TIM POLOSKI CT STATE MARSHAL,    38 RISLEY ROAD,    VERNON, CT 06066-5923
5042255       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: TOYOTA MOTOR CREDIT,     4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)
5042256        +TSAROUHIS LAW GROUP,    21 S 9TH STREET STE 200,    ALLENTOWN, PA 18102-4861
5042257         WELTMAN WEINBERG & REIS CO,    437 7TH AVE STE 2500,    PITTSBURGH, PA 15219-1842
```

```
5042258        ++WESTERN MASS CREDIT CORP,    2040 BOSTON RD STE 14,    WILBRAHAM MA 01095-1380
                 (address filed with court:   WESTERN MASS CREDIT CORP,     2040 BOSTON RD STE 14,
                 WILBRAHAM, MA 01095)
5042259        +ZWICKER & ASSOCIATES PC,    3220 TILLMAN DRIVE,    BENSALEM, PA 19020-2028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5042184        +E-mail/Text: bankruptcynotice@1fbusa.com May 09 2018 19:17:34      1ST FINANCIAL BANK USA,
                 363 W ANCHOR DRIVE,    DAKOTA DUNES, SD 57049-5154
5042187         E-mail/Text: EBNProcessing@afni.com May 09 2018 19:17:57      AFNI INC,    PO BOX 3517,
                 BLOOMINGTON, IL 61702-3517
5042190        +E-mail/Text: caroline.a@aefcu.com May 09 2018 19:17:18      AMERICAN EAGLE FCU,
                 417 MAIN STREET,    EAST HARTFORD, CT 06118-1488
5042198        +E-mail/Text: pbsbankruptcy@baystatehealth.org May 09 2018 19:17:49      BAYSTATE MEDICAL CENTER,
                 759 CHESTNUT STREET,    SPRINGFIELD, MA 01199-0001
5042204        +E-mail/Text: notices@burt-law.com May 09 2018 19:18:19      BURTON NEIL & ASSOC,
                 1060 ANDREW DR,    SUITE 170,    WEST CHESTER, PA 19380-5600
5042205         E-mail/Text: cms-bk@cms-collect.com May 09 2018 19:17:30      CAPITAL MANAGEMENT SVCS,
                 698 1/2 S OGDEN STEET,    BUFFALO, NY 14206-2317
5042207        +E-mail/Text: mike@carterbusiness.com May 09 2018 19:17:44      CARTER BUSINESS SERVICE,
                 150A ANDOVER ST STE 12 A,    DANVERS, MA 01923-5315
5042209        +E-mail/Text: bankruptcy@cavps.com May 09 2018 19:18:01      CAVALRY,    PO BOX 520,
                 VALHALLA, NY 10595-0520
5059291        +E-mail/Text: bankruptcy@cavps.com May 09 2018 19:18:01      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5042217         E-mail/Text: mrdiscen@discover.com May 09 2018 19:17:19      DISCOVER FINANCIAL SERVICES,
                 PO BOX 15316,    WILMINGTON, DE 19850
5042218         E-mail/Text: Bankruptcy.Consumer@dish.com May 09 2018 19:17:45      DISH,    PO BOX 7203,
                 PASADENA, CA 91109-7303
5043510         E-mail/Text: mrdiscen@discover.com May 09 2018 19:17:19      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
5042221         E-mail/Text: data_processing@fin-rec.com May 09 2018 19:17:29      FINANCIAL RECOVERY SERVICES,
                 PO BOX 385908,    MINNEAPOLIS, MN 55438-5908
5042225         E-mail/Text: bnckohlsnotices@becket-lee.com May 09 2018 19:17:20      KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
5042228         E-mail/Text: camanagement@mtb.com May 09 2018 19:17:31      M & T BANK,    PO BOX 900,
                 MILLSBORO, DE 19966
5042232         E-mail/Text: bankruptcydpt@mcmcg.com May 09 2018 19:17:46      MIDLAND CREDIT MANAGEMENT,
                 PO BOX 13386,    ROANOKE, VA 24033-3386
5050928        +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2018 19:17:46      Midland Funding, LLC,
                 Midland Credit Management, Inc.,    as agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
5042235        +E-mail/PDF: pa_dc_claims@navient.com May 09 2018 19:22:03      NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
5042238        +E-mail/Text: bankruptcy@certifiedcollection.com May 09 2018 19:17:33      NEWTON MEDICAL CENTER,
                 C/O CERTIFIED CR & COLLECTION BUR,     PO BOX 1750,    WHITEHOUSE STATION, NJ 08889-1750
5042244         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 19:22:25
                 PORTFOLIO RECOVERY,    120 CORPORATE BLVD,    NORFOLK, VA 23502-4962
5058186         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 19:22:00
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5042556        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 19:22:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5042245         E-mail/Text: baninfo@princeparker.com May 09 2018 19:17:29      PRINCE PARKER & ASSOC,
                 PO BOX 474690,    CHARLOTTE, NC 28247-4690
5044563        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 19:17:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
5042248        +E-mail/Text: Supportservices@receivablesperformance.com May 09 2018 19:18:15
                 RECEIVABLE PERFORMANCE MGT,    20816 44TH AVE W,    LYNNWOOD, WA 98036-7744
5042251        +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 19:22:45      SYNCB/AMAZON,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
5042252         E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 19:21:59      SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5060
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5059292*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5059293*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5059294*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Debtor 2 Erika Danielle Trzcinski
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
          Vincent  Rubino    on behalf of Debtor 1 Frank J. Trzcinski
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                           TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Frank J. Trzcinski<br>aka Frank John Trzcinski, aka Frank Trzcinski<br>Erika Danielle Trzcinski<br>aka Erika D. Trzcinski, aka Erika Trzcinski | Chapter 13<br>Case No. 5:18−bk−01302−RNO |
| Debtor(s) | |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **June 6, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: June 13, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 9, 2018 |