In re:                                                              Case No. 18-01302-RNO
Frank J. Trzcinski                                                  Chapter 13
Erika Danielle Trzcinski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh          Page 1 of 3          Date Rcvd: May 09, 2018
                             Form ID: pdf002         Total Noticed: 91

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.

```
db/jdb      +Frank J. Trzcinski,   Erika Danielle Trzcinski,   111 French Coach Road,
             Milford, PA 18337-5030
5046974      1st Financial Bank USA,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
             Rochester, MI 48308-0730
5042185      ACI,   2420 SWEET HOME ROAD,   SUITE 150,   AMHERST, NY 14228-2244
5042186     +AFC URGENT CARE NEW BRITAIN,   PO BOX 10417,   HOLYOKE, MA 01041-2017
5042188     +ALLEN DANIEL ASSOC,   159 OVERLAND RD STE 406,   WALTHAM, MA 02451-1703
5042189     +ALLTRAN FINANCIAL,   PO BOX 610,   SAUK RAPIDS, MN 56379-0610
5042191     +AMERICAN EXPRESS CENTURION BANK,   4315 S. 2700 WEST,   SALT LAKE CITY, UT 84148-0001
5042192     +ANJANA PONTHOTA MD,   707 E MAIN STREET,   MIDDLETOWN, NY 10940-2650
5042193      ASSETMAX,   PO BOX 190191,   SOUTH RICHMOND HILL, NY 11419-0191
5042194     +AT&T MOBILITY,   CORPORATE OFFICE,   1025 LENOX PARK BLVD,   ATLANTA, GA 30319-5309
5042195      ATLANTIC HEALTH SYSTEM,   NEWTON MEDICAL CENTER,   PO BOX 36458,   NEWARK, NJ 07188-6458
5055899      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern  PA 19355-0701
5042196     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: BANK OF AMERICA,   PO BOX 982238,   EL PASO, TX 79998-2238)
5042197     +BARCLAYS BANK DE,   PO BOX 8803,   WILMINGTON, DE 19899-8803
5042199     +BAYSTATE MEDICAL PRACTICES,   380 PLAINFIELD AVENUE,   SPRINGFIELD, MA 01199-0001
5042200     +BAYSTATE REFERENCE LAB,   759 CHESTNUT STREET,   SPRINGFIELD, MA 01199-1001
5042201     +BEST BUY/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
5042203      BON SECOURS COMMUNITY HOSPITAL,   160 EAST MAIN STREET,   PORT JERVIS, NY 12771-2245
5042202      BON SECOURS COMMUNITY HOSPITAL,   PO BOX 742791,   ATLANTA, GA 30374-2791
5042206     +CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5042208     +CASTELLO SOLAR LLC,   PO BOX 3500,   DRAPER, UT 84020-3500
5042210      CENLAR FED SAVINGS BANK,   425 PHILLIPS BLVD,   EWING, NJ 08618-1430
5042211     +CHASE CARD,   PO BOX 15298,   WILMINGTON, DE 19850-5298
5042212     +CHRYSLER CAPITAL,   PO BOX 961275,   FORT WORTH, TX 76161-0275
5042213     +CITI,   PO BOX 6286,   SIOUX FALLS, SD 57117-6286
5042214     +CITI CARDS/CITIBANK,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
5042215     +COMMUNITY BANK NA,   45-49 COURT STREET,   PO BOX 509,   CANTON, NY 13617-0509
5042216     +CRYSTAL RUN HEALTHCARE LLP,   155 CRYSTAL RUN ROAD,   MIDDLETOWN, NY 10941-4057
5050516      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
5047553     +Castello Solar I, LLC,   3055 Clearview Way,   San Mateo, CA 94402-3709
5054855     +Community Bank, N.A.,   PO Box 509,   Canton, NY 13617-0509
5042219     +EILEEN O'SHAUGHNESSY ESQ,   MARINOSCI LAW GROUP,   275 WEST NATICK RD STE 500,
             WARWICK, RI 02886-1161
5042220     +ERC,   PO BOX 57610,   JACKSONVILLE, FL 32241-7610
5042222      FORD MOTOR CREDIT CO,   PO BOX 6508,   MESA, AZ 85216-6508
5042223     +GATESTONE & CO INT'L INC,   1000 N WEST STREET,   SUITE 1200,   WILMINGTON, DE 19801-1058
5042224     +GM FINANCIAL LEASING,   PO BOX 100,   WILLIAMSVILLE, NY 14231-0100
5042226      LABORATORY CORP OF AMERICA,   PO BOX 2240,   BURLINGTON, NC 27216-2240
5042227     +LCA COLLECTIONS,   2509 NORTH COURT,   BETHLEHEM, PA 18017-3929
5056730     +M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
5042229     +MARK NICHTER PC,   44 SOUTH BROADWAY,   WHITE PLAINS, NY 10601-4425
5042230      MERCANTILE ADJUSTMENT BUREAU,   165 LAWRENCE BELL DRIVE,   SUITE 100,
             WILLIAMSVILLE, NY 14221-7900
5042231     +MIDDLETOWN COMM HEALTH CTR,   PO BOX 987,   MIDDLETOWN, NY 10940-0987
5042233     +MOUND SOLAR PARTNERSHIP XI,   PO BOX 3500,   DRAPER, UT 84020-3500
5047554     +Mound Solar Partnership XI, LLC,   3055 Clearview Way,   San Mateo, CA 94402-3709
5042234      NAUMAN AHMAD MD,   707 E MAIN STREET,   MIDDLETOWN, NY 10940-2650
5042236     +NCB MANAGEMENT SERVICES,   PO BOX 1099,   LANGHORNE, PA 19047-6099
5042237      NELLI GLUZMAN MD,   707 E MAIN STREET,   MIDDLETOWN, NY 10940-2650
5042239     +NORTHEAST MEDICAL EQUIPMENT,   1101 MAIN STREET,   HONESDALE, PA 18431-1907
5051739      Navient Solutions, LLC. on behalf of,   United Student Aid Funds, Inc.,   GLHEC and Affiliates,
             PO BOX 8961,   Madison, WI 53708-8961
5042240     +ORANGE REGIONAL MEDICAL CTR,   707 E MAIN STREET,   MIDDLETOWN, NY 10940-2667
5042241      ORANGE REGIONAL MEDICAL GROUP,   75 CRYSTAL RUN ROAD STE G20,   MIDDLETOWN, NY 10941-7014
5042242     +PEDIATRIC PRACTICES OF NEPA,   1837 FAIR AVENUE,   HONESDALE, PA 18431-2197
5042243      PENNYMAC,   PO BOX 514387,   LOS ANGELES, CA 90051-4387
5042246      RADIOLOGY ADVANTAGE NJ,   2 MERIDIAN BLVE 3RD FL,   WYOMISSING, PA 19610-3202
5042247     +RATCHFORD LAW GROUP PC,   409 LACKAWANNA AVE STE 320,   SCRANTON, PA 18503-2059
5042249      SANTANDER CONSUMER USA,   ATTN BANKRUPTCY DEPT,   PO BOX 560284,   DALLAS, TX 75356-0284
5042250     +SOLAR CITY BILLING DEPT,   PO BOX 3500,   DRAPER, UT 84020-3500
5042253     +TDRCS/RAYMOUR & FLANIGAN,   1000 MACARTHUR BLVD,   MAHWAH, NJ 07430-2035
5042254     +TIM POLOSKI CT STATE MARSHAL,   38 RISLEY ROAD,   VERNON, CT 06066-5923
5042255     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: TOYOTA MOTOR CREDIT,   4 GATEHALL DR STE 350,
             PARSIPPANY, NJ 07054)
5042256     +TSAROUHIS LAW GROUP,   21 S 9TH STREET STE 200,   ALLENTOWN, PA 18102-4861
5042257      WELTMAN WEINBERG & REIS CO,   437 7TH AVE STE 2500,   PITTSBURGH, PA 15219-1842
```

```
5042258      ++WESTERN MASS CREDIT CORP,   2040 BOSTON RD STE 14,   WILBRAHAM MA 01095-1380
             (address filed with court:  WESTERN MASS CREDIT CORP,   2040 BOSTON RD STE 14,
             WILBRAHAM, MA 01095)
5042259      +ZWICKER & ASSOCIATES PC,   3220 TILLMAN DRIVE,   BENSALEM, PA 19020-2028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5042184      +E-mail/Text: bankruptcynotice@lfbusa.com May 09 2018 19:17:34     1ST FINANCIAL BANK USA,
             363 W ANCHOR DRIVE,    DAKOTA DUNES, SD 57049-5154
5042187       E-mail/Text: EBNProcessing@afni.com May 09 2018 19:17:56     AFNI INC,   PO BOX 3517,
             BLOOMINGTON, IL 61702-3517
5042190      +E-mail/Text: caroline.a@aefcu.com May 09 2018 19:17:18     AMERICAN EAGLE FCU,
             417 MAIN STREET,    EAST HARTFORD, CT 06118-1488
5042198      +E-mail/Text: pbsbankruptcy@baystatehealth.org May 09 2018 19:17:49     BAYSTATE MEDICAL CENTER,
             759 CHESTNUT STREET,    SPRINGFIELD, MA 01199-0001
5042204      +E-mail/Text: notices@burt-law.com May 09 2018 19:18:19     BURTON NEIL & ASSOC,
             1060 ANDREW DR,    SUITE 170,   WEST CHESTER, PA 19380-5600
5042205       E-mail/Text: cms-bk@cms-collect.com May 09 2018 19:17:30     CAPITAL MANAGEMENT SVCS,
             698 1/2 S OGDEN STEET,    BUFFALO, NY 14206-2317
5042207      +E-mail/Text: mike@carterbusiness.com May 09 2018 19:17:44     CARTER BUSINESS SERVICE,
             150A ANDOVER ST STE 12 A,    DANVERS, MA 01923-5315
5042209      +E-mail/Text: bankruptcy@avps.com May 09 2018 19:18:00     CAVALRY,   PO BOX 520,
             VALHALLA, NY 10595-0520
5059291      +E-mail/Text: bankruptcy@cavps.com May 09 2018 19:18:00     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
5042217       E-mail/Text: mrdiscen@discover.com May 09 2018 19:17:19     DISCOVER FINANCIAL SERVICES,
             PO BOX 15316,   WILMINGTON, DE 19850
5042218       E-mail/Text: Bankruptcy.Consumer@dish.com May 09 2018 19:17:45     DISH,   PO BOX 7203,
             PASADENA, CA 91109-7303
5043510       E-mail/Text: mrdiscen@discover.com May 09 2018 19:17:19     Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5042221       E-mail/Text: data_processing@fin-rec.com May 09 2018 19:17:29     FINANCIAL RECOVERY SERVICES,
             PO BOX 385908,   MINNEAPOLIS, MN 55438-5908
5042225       E-mail/Text: bnckohlanotices@becket-lee.com May 09 2018 19:17:20     KOHLS/CAPITAL ONE,
             PO BOX 3115,   MILWAUKEE, WI 53201-3115
5042228       E-mail/Text: camanagement@mtb.com May 09 2018 19:17:31     M & T BANK,   PO BOX 900,
             MILLSBORO, DE 19966
5042232       E-mail/Text: bankruptcydpt@mcmcg.com May 09 2018 19:17:46     MIDLAND CREDIT MANAGEMENT,
             PO BOX 13386,   ROANOKE, VA 24033-3386
5050928      +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2018 19:17:46     Midland Funding, LLC,
             Midland Credit Management, Inc.,   as agent for Midland Funding, LLC,   PO Box 2011,
             Warren, MI 48090-2011
5042235      +E-mail/PDF: pa_dc_claims@navient.com May 09 2018 19:22:52     NAVIENT,   PO BOX 9500,
             WILKES BARRE, PA 18773-9500
5042238      +E-mail/Text: bankruptcy@certifiedcollection.com May 09 2018 19:17:33     NEWTON MEDICAL CENTER,
             C/O CERTIFIED CR & COLLECTION BUR,   PO BOX 1750,   WHITEHOUSE STATION, NJ 08889-1750
5042244       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 19:22:49
             PORTFOLIO RECOVERY,   120 CORPORATE BLVD,   NORFOLK, VA 23502-4962
5058186       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 19:37:15
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5042556      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 19:22:00
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5042245       E-mail/Text: baninfo@princeparker.com May 09 2018 19:17:29     PRINCE PARKER & ASSOC,
             PO BOX 474690,   CHARLOTTE, NC 28247-4690
5044563      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 19:17:35
             Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
             Harrisburg, PA 17128-0946
5042248      +E-mail/Text: Supportservices@receivablesperformance.com May 09 2018 19:18:15
             RECEIVABLE PERFORMANCE MGT,   20816 44TH AVE W,   LYNNWOOD, WA 98036-7744
5042251      +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 19:22:47     SYNCB/AMAZON,   PO BOX 965015,
             ORLANDO, FL 32896-5015
5042252       E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 19:22:22     SYNCHRONY BANK,
             ATTN BANKRUPTCY DEPT,   PO BOX 965060,   ORLANDO, FL 32896-5060
                                                                                       TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5059292*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
5059293*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
5059294*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
                                                                          TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 2 Erika Danielle Trzcinski
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 Frank J. Trzcinski
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                  TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**FRANK J. TRZCINSKI,**
ᴀᴋᴀ **FRANK JOHN TRZCINSKI,**
**AKA FRANK TRZCINSKI,**
**AND ERIKA DANIELLE TRZCINSKI,**
**AKA ERIKA D. TRZCINSKI,**
**AKA ERIKA TRZCINSKI,**
　　　Debtor

CHAPTER 13

CASE NO.

_X_ ORIGINAL PLAN
___ AMENDED PLAN (Indicate 1st , 2nd , 3rd , etc.)
_0_ Number of Motions to Avoid Liens
_0_ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☑ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☑ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☑ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   　　1. To date, the Debtor paid **$ 0.00** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is **$29,040.00**, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 04/2018 | 03/2023 | $484.00 | N/A | $484.00 | $29,040 |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $29,040 |

2.   If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3.   Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4.   CHECK ONE:  (    ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

( X ) Debtor is over median income.  Debtor calculates that a minimum of **$ 0** must be paid to unsecured, non-priority creditors in order to comply with the Means Test.

**B.  Additional Plan Funding From <u>Liquidation of Assets/Other</u>**

1.   The Debtor estimates that the liquidation value of this estate is **$ 0** . (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

 X    No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

____    Certain assets will be liquidated as follows:

2.   In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____. All sales shall be completed by _____, 20____. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____.

2

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____

## 2. SECURED CLAIMS.

**A. <u>Pre-Confirmation Distributions</u>.** *Check one.*

 _X_    None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

 ____    Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
|  |  |  |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Bankr. Rule 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

**B. <u>Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor</u>.** *Check one.*

 ____    None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

 _X_    Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| PennyMac | 1st mortgage on 111 French Coach Road, Milford, PA 18337 | 9604 |
| Chrysler Capital | Auto loan on 2017 Hyundai Ioniq SEL | 3614 |
| Santander Bank | Auto loan on 2013 Chevrolet Volt | 5341 |

3

**C. <u>Arrears, including, but not limited to, claims secured by Debtor's principal residence</u>.**
*Check one.*

_X_    None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

____    The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed proof of claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
|  |  |  |  |  |

**D. <u>Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)</u>**

_X_    None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

____    The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

    1.   The allowed secured claims listed below shall be paid in full and their liens retained until completion of payments under the plan.

    2.   In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below. If the claimant included a different interest rate or amount for present value interest in its proof of claim, the court will determine the present value interest rate and amount at the confirmation hearing.

    3.   Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
|  |  |  |  |  |

4

**E. Secured claims for which a § 506 valuation is applicable.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

____ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until entry of discharge. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate | Total Payment | Plan or Adversary Action |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**F. Surrender of Collateral.** *Check one.*

_X_ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

____ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below..

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
|  |  |
|  |  |

**G. Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

_X_ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

5

___ The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| | | |
|---|---|---|
| The name of the holder of the lien. | | |
| A description of the lien. For a judicial lien, include court and docket number. | | |
| A description of the liened property. | | |
| The value of the liened property. | | |
| The sum of senior liens. | | |
| The value of any exemption claimed. | | |
| The amount of the lien. | | |
| The amount of lien avoided. | | |

## 3.  PRIORITY CLAIMS.

### A.  Administrative Claims

1. Trustee's Fees.  Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

   a. In addition to the retainer of **$ 0** already paid by the Debtor, the amount of **$4,000** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. Other.  Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

   _X_   None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   ___   The following administrative claims will be paid in full.

| Name of Creditor | Estimated Total Payment |
|---|---|
| | |

### B.  Priority Claims (including, but not limited to, Domestic Support Obligations other than those treated in § 3.C below). *Check one of the following two lines.*

   _X_   None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

6

_____  Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 10.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

**C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

_____  None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

__X__  The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. *This plan provision requires that payments in § 1.A. be for a term of 60 months (see 11 U.S.C. §1322(a)(4)).*

| Name of Creditor | Estimated Total Payment |
|---|---|
| Tim Poloski, Connecticut State Marshal – Motor Vehicle Taxes | $1,648.80 |

**4. UNSECURED CLAIMS**

**A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

__X__  None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

_____  To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

| Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

__X__  None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

7

____ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Creditor | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

## 6. VESTING OF PROPERTY OF THE ESTATE.

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

_X_ plan confirmation.
_ _ _ entry of discharge.
____ closing of case:

## 7. DISCHARGE: (Check one)

(X)     The debtor will seek a discharge pursuant to § 1328(a).
( )     The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

## 8. ORDER OF DISTRIBUTION:

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

| | | | |
|---|---|---|---|
| Level 1 | Adequate protection payments | $ -0- | |
| Level 2 | Debtor's attorney's fees. | $ 4,000 | |
| Level 3 | Domestic Support Obligations | $ -0- | |
| Level 4 | Priority claims, pro rata | $ 1,648.80 | |
| Level 5 | Secured claims, pro rata | $ -0- | |
| Level 6 | Specially classified unsecured claims | $ -0- | |
| Level 7 | General unsecured claims | $20,751.20 | |
| Level 8 | Untimely filed unsecured claims to which the debtor(s) has/have not objected. | $ -0- | |
| | Subtotal | | $26,400.00 |
| | Trustee Commission (Estimated at 8%) | $ 2,640.00 | |
| | Total | | $29,040.00 |

8

*If the above Levels are filled in, the rest of § 9 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.


## 9. NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

A. This Chapter 13 Plan ("this Plan") provides a distribution chart in Section 8 above that provides estimated distributions to classes of creditors and the estimated Trustee commission rate utilized in the calculations, in addition to all information indicated by the Model Plan.


Dated: 3/28/18        /s/ Vincent  Rubino, Esq.
                     Vincent Rubino, Esquire, Attorney for Debtor

                     /s/ Frank J. Trzcinski
                     **FRANK J. TRZCINSKI,** Debtor


                     **/s/ Ericka Danielle Trzcinski**
                     **ERICKA DANIELLE TRZCINSKI,** Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

Case 5:18-bk-01302-RNO    Doc 24    Filed 05/11/18    Entered 05/12/18 00:39:49    Desc
Imaged Certificate of Notice    Page 12 of 12