# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:18-01302 |
| FRANK J. TRZCINSKI, | : | |
| a/k/a FRANK JOHN TRZCINSKI, | : | |
| a/k/a FRANK TRZCINSKI, and | : | CHAPTER 13 |
| ERIKA DANIELLE TRZCINSKI, | : | |
| a/k/a ERIKA D. TRZCINSKI, | : | |
| a/k/a ERIKA TRZCINSKI, | : | |
| Debtor(s) | : | |

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

I, Frank J. Trzcinski, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on June 13, 2018.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.


DATED: _____     By:     /s/ Vincent Rubino_____
                                  Vincent Rubino, Counsel for Debtor



DATED: _____     By:     /s/ Frank J. Trzcinski_____
                                  Frank J. Trzcinski, Debtor