```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-01302-RNO
Frank J. Trzcinski                                                        Chapter 13
Erika Danielle Trzcinski
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: LyndseyPr              Page 1 of 1               Date Rcvd: Aug 28, 2018
                              Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5042238        +E-mail/Text: bankruptcy@certifiedcollection.com Aug 28 2018 19:09:12     NEWTON MEDICAL CENTER,
                 C/O CERTIFIED CR & COLLECTION BUR,   PO BOX 1750,   WHITEHOUSE STATION, NJ 08889-1750
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Frank J. Trzcinski
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com
              Vincent Rubino    on behalf of Debtor 2 Erika Danielle Trzcinski
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| FRANK J TRZCINSKI | : CASE NO.: 5-18-bk-01302-RNO |
| aka FRANK JOHN TRZCINSKI | : |
| aka FRANK TRZCINSKI | : |
| ERIKA DANIELLE TRZCINSKI | : |
| aka ERIKA D. TRZCINSKI | : |
| aka ERIKA TRZCINSKI | : |
|     Debtor | : |
| | : |
| | : |
| CHARLES J. DEHART, III, TRUSTEE | : |
|     Objectant | : |
| | : |
| vs. | : |
| | : |
| NEWTON MEDICAL CENTER | : |
|     Claimant | : |

## ORDER

AND NOW, at Wilkes-Barre, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 28 of Newton Medical Center and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 28 of Newton Medical Center shall be deemed untimely filed.

Dated: August 28, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)