United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01302-HWV |
| Frank J. Trzcinski | Chapter 13 |
| Erika Danielle Trzcinski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 09, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

**Recip ID**     **Recipient Name and Address**
    + United Technologies Corporation, Attention: Payroll Department, 9 Farm Springs Road Mail Stop 541-90, Farmington, CT 06032-2576

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Frank J. Trzcinski lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

Case 5:18-bk-01302-HWV     Doc 44     Filed 07/11/21     Entered 07/12/21 00:25:00     Desc
Imaged Certificate of Notice     Page 1 of 3

Vincent Rubino
on behalf of Debtor 2 Erika Danielle Trzcinski
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

VR/GT

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

FRANK J. TRZCINSKI, : CHAPTER 13
a/k/a FRANK JOHN TRZCINSKI, :
a/k/a FRANK TRZCINSKI, and : CASE NO. 5:18-bk-01302
ERIKA DANIELLE TRZCINSKI, :
a/k/a ERIKA D. TRZCINSKI, :
a/k/a ERIKA TRZCINSKI, :

        Debtors :

## ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment Order, it is hereby

ORDERED and DECREED that said Motion is hereby granted and the Wage Attachment Order entered in the herein case on April 4, 2018, is hereby terminated.

Dated: July 9, 2021      By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (MS)