| In re: | Case No. 18-01302-MJC |
|---|---|
| Frank J. Trzcinski | Chapter 13 |
| Erika Danielle Trzcinski | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 3180W | Total Noticed: 98 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank J. Trzcinski, Erika Danielle Trzcinski, 111 French Coach Road, Milford, PA 18337-5030 |
| 5046974 | | 1st Financial Bank USA, c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 5042186 | + | AFC URGENT CARE NEW BRITAIN, PO BOX 10417, HOLYOKE, MA 01041-2017 |
| 5042188 | #+ | ALLEN DANIEL ASSOC, 159 OVERLAND RD STE 406, WALTHAM, MA 02451-1703 |
| 5042191 | + | AMERICAN EXPRESS CENTURION BANK, 4315 S. 2700 WEST, SALT LAKE CITY, UT 84148-0001 |
| 5042192 | | ANJANA PONTHOTA MD, 707 E MAIN STREET, MIDDLETOWN, NY 10940-2650 |
| 5042193 | | ASSETMAX, PO BOX 190191, SOUTH RICHMOND HILL, NY 11419-0191 |
| 5042195 | | ATLANTIC HEALTH SYSTEM, NEWTON MEDICAL CENTER, PO BOX 36458, NEWARK, NJ 07188-6458 |
| 5042199 | + | BAYSTATE MEDICAL PRACTICES, 380 PLAINFIELD AVENUE, SPRINGFIELD, MA 01199-0001 |
| 5042200 | + | BAYSTATE REFERENCE LAB, 759 CHESTNUT STREET, SPRINGFIELD, MA 01199-1001 |
| 5042203 | + | BON SECOURS COMMUNITY HOSPITAL, 160 EAST MAIN STREET, PORT JERVIS, NY 12771-2114 |
| 5042202 | | BON SECOURS COMMUNITY HOSPITAL, PO BOX 742791, ATLANTA, GA 30374-2791 |
| 5042208 | + | CASTELLO SOLAR LLC, PO BOX 3500, DRAPER, UT 84020-3500 |
| 5042215 | + | COMMUNITY BANK NA, 45-49 COURT STREET, PO BOX 509, CANTON, NY 13617-0509 |
| 5042216 | + | CRYSTAL RUN HEALTHCARE LLP, 155 CRYSTAL RUN ROAD, MIDDLETOWN, NY 10941-4057 |
| 5047553 | + | Castello Solar I, LLC, 3055 Clearview Way, San Mateo, CA 94402-3709 |
| 5054855 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 5042219 | + | EILEEN O'SHAUGHNESSY ESQ, MARINOSCI LAW GROUP, 275 WEST NATICK RD STE 500, WARWICK, RI 02886-1161 |
| 5042224 | + | GM FINANCIAL LEASING, PO BOX 100, WILLIAMSVILLE, NY 14231-0100 |
| 5042227 | | LCA COLLECTIONS, 2509 NORTH COURT, BETHLEHEM, PA 18017-3929 |
| 5042229 | + | MARK NICHTER PC, 44 SOUTH BROADWAY, WHITE PLAINS, NY 10601-4425 |
| 5042231 | + | MIDDLETOWN COMM HEALTH CTR, PO BOX 987, MIDDLETOWN, NY 10940-0987 |
| 5042233 | + | MOUND SOLAR PARTNERSHIP XI, PO BOX 3500, DRAPER, UT 84020-3500 |
| 5047554 | + | Mound Solar Partnership XI, LLC, 3055 Clearview Way, San Mateo, CA 94402-3709 |
| 5042234 | | NAUMAN AHMAD MD, 707 E MAIN STREET, MIDDLETOWN, NY 10940-2650 |
| 5042237 | | NELLI GLUZMAN MD, 707 E MAIN STREET, MIDDLETOWN, NY 10940-2650 |
| 5042239 | + | NORTHEAST MEDICAL EQUIPMENT, 1101 MAIN STREET, HONESDALE, PA 18431-1907 |
| 5042240 | + | ORANGE REGIONAL MEDICAL CTR, 707 E MAIN STREET, MIDDLETOWN, NY 10940-2667 |
| 5042241 | | ORANGE REGIONAL MEDICAL GROUP, 75 CRYSTAL RUN ROAD STE G20, MIDDLETOWN, NY 10941-7014 |
| 5042242 | + | PEDIATRIC PRACTICES OF NEPA, 1837 FAIR AVENUE, HONESDALE, PA 18431-2197 |
| 5042245 | | PRINCE PARKER & ASSOC, PO BOX 474690, CHARLOTTE, NC 28247-4690 |
| 5042246 | | RADIOLOGY ADVANTAGE NJ, 2 MERIDIAN BLVE 3RD FL, WYOMISSING, PA 19610-3202 |
| 5042247 | + | RATCHFORD LAW GROUP PC, 409 LACKAWANNA AVE STE 320, SCRANTON, PA 18503-2062 |
| 5042250 | + | SOLAR CITY BILLING DEPT, PO BOX 3500, DRAPER, UT 84020-3500 |
| 5042254 | + | TIM POLOSKI CT STATE MARSHAL, 38 RISLEY ROAD, VERNON, CT 06066-5923 |
| 5113713 | ++ | TOWN OF ELLINGTON, PO BOX 158, ELLINGTON CT 06029-0158 address filed with court:, Town of Ellington Tax Collector, Ann Marie Conti, Tax Collector, 55 Main Street, Ellington, CT 06029 |
| 5042256 | + | TSAROUHIS LAW GROUP, 21 S 9TH STREET STE 200, ALLENTOWN, PA 18102-4861 |

| | | |
|---|---|---|
| 5042257 | | WELTMAN WEINBERG & REIS CO, 437 7TH AVE STE 2500, PITTSBURGH, PA 15219-1842 |
| 5042258 | ++ | WESTERN MASS CREDIT CORP, 2040 BOSTON RD STE 14, WILBRAHAM MA 01095-1380 address filed with court:, WESTERN MASS CREDIT CORP, 2040 BOSTON RD STE 14, WILBRAHAM, MA 01095 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JEFFERSONCAP.COM | Apr 20 2023 22:34:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 5042184 | + | Email/Text: bankruptcynotice@1fbusa.com | Apr 20 2023 18:43:00 | 1ST FINANCIAL BANK USA, 363 W ANCHOR DRIVE, DAKOTA DUNES, SD 57049-5154 |
| 5150122 | + | EDI: JEFFERSONCAP.COM | Apr 20 2023 22:34:00 | 1st Financial Bank, Jefferson Capital Systems LLC,Assignee, PO BOX 7999, SAINT CLOUD MN 56302-7999 |
| 5150123 | + | EDI: JEFFERSONCAP.COM | Apr 20 2023 22:34:00 | 1st Financial Bank, Jefferson Capital Systems LLC,Assignee, PO BOX 7999, SAINT CLOUD MN 56302-9617, 1st Financial Bank, Jefferson Capital Systems LLC,Assignee 56302-7999 |
| 5042185 | ^ | MEBN | Apr 20 2023 18:38:01 | ACI, 2420 SWEET HOME ROAD, SUITE 150, AMHERST, NY 14228-2244 |
| 5042187 | | Email/Text: EBNProcessing@afni.com | Apr 20 2023 18:44:00 | AFNI INC, PO BOX 3517, BLOOMINGTON, IL 61702-3517 |
| 5042194 | + | EDI: CINGMIDLAND.COM | Apr 20 2023 22:34:00 | AT&T MOBILITY, CORPORATE OFFICE, 1025 LENOX PARK BLVD, ATLANTA, GA 30319-5309 |
| 5065073 | + | EDI: CINGMIDLAND.COM | Apr 20 2023 22:34:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5055899 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2023 18:49:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5069696 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 18:49:46 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5042196 | | EDI: BANKAMER.COM | Apr 20 2023 22:34:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 5042197 | | EDI: TSYS2 | Apr 20 2023 22:34:00 | BARCLAYS BANK DE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5042198 | + | Email/Text: pbsbankruptcy@baystatehealth.org | Apr 20 2023 18:43:00 | BAYSTATE MEDICAL CENTER, 759 CHESTNUT STREET, SPRINGFIELD, MA 01199-0001 |
| 5042201 | + | EDI: CITICORP.COM | Apr 20 2023 22:34:00 | BEST BUY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5042204 | + | Email/Text: notices@burt-law.com | Apr 20 2023 18:44:00 | BURTON NEIL & ASSOC, 1060 ANDREW DR, SUITE 170, WEST CHESTER, PA 19380-5600 |
| 5069578 | + | EDI: BANKAMER2.COM | Apr 20 2023 22:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5042205 | | Email/Text: cms-bk@cms-collect.com | Apr 20 2023 18:43:00 | CAPITAL MANAGEMENT SVCS, 698 1/2 S OGDEN STEET, BUFFALO, NY 14206-2317 |
| 5042206 | + | EDI: CAPITALONE.COM | Apr 20 2023 22:34:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5042207 | + | Email/Text: mike@carterbusiness.com | Apr 20 2023 18:43:00 | CARTER BUSINESS SERVICE, 150A ANDOVER ST STE 12 A, DANVERS, MA |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5042209 | + | Email/Text: bankruptcy@cavps.com | Apr 20 2023 18:44:00 | 01923-5315<br>CAVALRY, PO BOX 520, VALHALLA, NY 10595-0520 |
| 5042210 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 20 2023 18:43:00 | CENLAR FED SAVINGS BANK, 425 PHILLIPS BLVD, EWING, NJ 08618-1430 |
| 5042212 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 20 2023 18:44:00 | CHRYSLER CAPITAL, PO BOX 961275, FORT WORTH, TX 76161-0275 |
| 5042213 | + | EDI: CITICORP.COM | Apr 20 2023 22:34:00 | CITI, PO BOX 6286, SIOUX FALLS, SD 57117-6286 |
| 5042214 | + | EDI: CITICORP.COM | Apr 20 2023 22:34:00 | CITI CARDS/CITIBANK, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5050516 | | EDI: CAPITALONE.COM | Apr 20 2023 22:34:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5059291 | + | Email/Text: bankruptcy@cavps.com | Apr 20 2023 18:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5042217 | | EDI: DISCOVER.COM | Apr 20 2023 22:34:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, WILMINGTON, DE 19850 |
| 5042218 | | EDI: DISH | Apr 20 2023 22:34:00 | DISH, PO BOX 7203, PASADENA, CA 91109-7303 |
| 5043510 | | EDI: DISCOVER.COM | Apr 20 2023 22:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5042220 | + | Email/Text: bknotice@ercbpo.com | Apr 20 2023 18:43:00 | ERC, PO BOX 57610, JACKSONVILLE, FL 32241-7610 |
| 5042221 | | Email/Text: data_processing@fin-rec.com | Apr 20 2023 18:43:00 | FINANCIAL RECOVERY SERVICES, PO BOX 385908, MINNEAPOLIS, MN 55438-5908 |
| 5042222 | | Email/Text: EBNBKNOT@ford.com | Apr 20 2023 18:44:00 | FORD MOTOR CREDIT CO, PO BOX 6508, MESA, AZ 85216-6508 |
| 5042223 | ^ | MEBN | Apr 20 2023 18:37:47 | GATESTONE & CO INT'L INC, 1000 N WEST STREET, SUITE 1200, WILMINGTON, DE 19801-1058 |
| 5128115 | | EDI: IRS.COM | Apr 20 2023 22:34:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5042211 | | EDI: JPMORGANCHASE | Apr 20 2023 22:34:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 5042225 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 20 2023 18:43:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5042226 | | Email/Text: govtaudits@labcorp.com | Apr 20 2023 18:43:00 | LABORATORY CORP OF AMERICA, PO BOX 2240, BURLINGTON, NC 27216-2240 |
| 5042228 | | Email/Text: camanagement@mtb.com | Apr 20 2023 18:43:00 | M & T BANK, PO BOX 900, MILLSBORO, DE 19966 |
| 5056730 | + | Email/Text: camanagement@mtb.com | Apr 20 2023 18:43:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5042230 | ^ | MEBN | Apr 20 2023 18:37:48 | MERCANTILE ADJUSTMENT BUREAU, 165 LAWRENCE BELL DRIVE, SUITE 100, WILLIAMSVILLE, NY 14221-7900 |
| 5042232 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 18:43:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 13386, ROANOKE, VA 24033-3386 |
| 5050928 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 18:43:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5042235 | + | EDI: NAVIENTFKASMSERV.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Apr 20 2023 22:34:00 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5042236 | ^ | MEBN | | |
| | | | Apr 20 2023 18:37:47 | NCB MANAGEMENT SERVICES, PO BOX 1099, LANGHORNE, PA 19047-6099 |
| 5042238 | + | Email/Text: bankruptcy@certifiedcollection.com | | |
| | | | Apr 20 2023 18:43:00 | NEWTON MEDICAL CENTER, C/O CERTIFIED CR & COLLECTION BUR, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 5051739 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | | |
| | | | Apr 20 2023 18:43:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 5042243 | | Email/PDF: ebnotices@pnmac.com | | |
| | | | Apr 20 2023 18:49:49 | PENNYMAC, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5042244 | | EDI: PRA.COM | | |
| | | | Apr 20 2023 22:34:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD, NORFOLK, VA 23502-4962 |
| 5058186 | | EDI: PRA.COM | | |
| | | | Apr 20 2023 22:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5042556 | + | EDI: RECOVERYCORP.COM | | |
| | | | Apr 20 2023 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5044563 | + | EDI: PENNDEPTREV | | |
| | | | Apr 20 2023 22:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5044563 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 20 2023 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5070127 | | Email/PDF: ebnotices@pnmac.com | | |
| | | | Apr 20 2023 18:49:49 | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 5042248 | + | Email/Text: Supportservices@receivablesperformance.com | | |
| | | | Apr 20 2023 18:44:00 | RECEIVABLE PERFORMANCE MGT, 20816 44TH AVE W, LYNNWOOD, WA 98036-7744 |
| 5042249 | | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Apr 20 2023 18:44:00 | SANTANDER CONSUMER USA, ATTN BANKRUPTCY DEPT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5042251 | + | EDI: RMSC.COM | | |
| | | | Apr 20 2023 22:34:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5042252 | | EDI: RMSC.COM | | |
| | | | Apr 20 2023 22:34:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5061484 | + | EDI: CBSTDR | | |
| | | | Apr 20 2023 22:34:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 5042255 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Apr 20 2023 18:43:00 | TOYOTA MOTOR CREDIT, 4 GATEHALL DR STE 350, PARSIPPANY, NJ 07054 |
| 5042259 | + | Email/Text: bkfilings@zwickerpc.com | | |
| | | | Apr 20 2023 18:44:00 | ZWICKER & ASSOCIATES PC, 3220 TILLMAN DRIVE, BENSALEM, PA 19020-2028 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5059292 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5059293 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5059294 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5042189 | ##+ | ALLTRAN FINANCIAL, PO BOX 610, SAUK RAPIDS, MN 56379-0610 |

| 5042190 | ##+ | AMERICAN EAGLE FCU, 417 MAIN STREET, EAST HARTFORD, CT 06118-1488 |
| --- | --- | --- |
| 5042253 | ##+ | TDRCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 2 Erika Danielle Trzcinski rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Frank J. Trzcinski rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Frank J. Trzcinski lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Erika Danielle Trzcinski lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Frank J. Trzcinski<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6754<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Erika Danielle Trzcinski<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7777<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-01302-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank J. Trzcinski
aka Frank John Trzcinski, aka Frank Trzcinski

Erika Danielle Trzcinski
aka Erika D. Trzcinski, aka Erika Trzcinski

**By the court:**

4/20/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2