UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   Frank J Trzcinski
         Erika Danielle Trzcinski                CHAPTER 13
                         Debtor(s)

CASE NO: 5-18-01302MJC

## FUNDS REMITTED TO COURT

Please find hereto check number 9016627 in the amount of $108.18 representing unclaimed funds owed to Creditor, Mound Solar Partnership XI, LLC. Trustee is remitting the funds owed to said Creditor to the U. S. Bankruptcy Court due to the fact that Trustee has been unable to locate said Creditor. Funds remitted to the address on file with the Court have been returned, and all attempts to contact Creditor to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 006-0 | MOUND SOLAR PARTNERSHIP XI, LLC<br>3055 CLEARVIEW WAY<br>SAN MATEO, CA   94402- | $108.18 |
| | | |

Dated: June 13, 2023         /s/ Liz Joyce
                             Office of the Standing Chapter 13 Trustee
                             Jack N. Zaharopoulos
                             Suite A, 8125 Adams Dr.
                             Hummelstown, PA  17036
                             Phone:  (717) 566-6097
                             email: info@pamd13trustee.com