Fill in this information to identify the case:

Debtor 1  Frank J. Trzcinski aka Frank John Trzcinski aka Frank Trzcinski

Debtor 2  Erika Danielle Trzcinski aka Erika D. Trzcinski aka Erika Trzcinski

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number  18-01302 MJC

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC          **Court claim no.** (if known): 27

**Last 4 digits** of any number you use to identify the debtor's account: 3594

**Date of payment change:**
Must be at least 21 days after date of this notice          06/01/2022

**New total payment:**          $1218.36
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $482.65          New escrow payment: $479.09

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %
   Current principal and interest payment: $_____          New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Case 5:18-bk-01302-MJC   Doc   Filed 04/20/22   Entered 04/20/22 11:26:47   Desc
Document ID: 442a10f6e0b556d48db3b82563b19d39ef850216478236e66226b3015258f1e4
Main Document   Page 1 of 2

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Rebecca Solarz*  Date  04/15/2022
Signature
Print: Rebecca Solarz
15 Apr 2022, 10:27:23, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701  Market Street, Suite 5000
         Number   Street
         Philadelphia,                PA    19106
         City                         State  ZIP Code

Contact phone  (215) 627–1322        Email  bkgroup@kmllawgroup.com

Official Form 410S1                Notice of Mortgage Payment Change                page 2

Case 5:18-bk-01302-MJC  Doc  Filed 04/20/22  Entered 04/20/22 11:26:47  Desc
Document ID: 442a10f6e0b556d48db3b82563b19d39ef850216478236e662260301525f1e4
Main Document  Page 2 of 2