IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Erika Danielle Trzcinski aka Erika D. Trzcinski aka Erika Trzcinski Frank J. Trzcinski aka Frank John Trzcinski aka Frank Trzcinski<br>Debtor(s) | BK NO. 18-01302 MJC<br><br>Chapter 13<br><br>Related to Claim No. 27 |
| PennyMac Loan Services, LLC<br>Movant<br>vs.<br><br>Erika Danielle Trzcinski aka Erika D. Trzcinski aka Erika Trzcinski Frank J. Trzcinski aka Frank John Trzcinski aka Frank Trzcinski<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | |

## CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 20, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Erika Danielle Trzcinski aka Erika D. Trzcinski aka Erika Trzcinski
111 French Coach Road
Milford, PA 18337

Frank J. Trzcinski aka Frank John Trzcinski aka Frank Trzcinski
111 French Coach Rd
Milford, PA 18337

Attorney for Debtor(s)
Vincent Rubino, Newman Williams Mishkin Corveleyn et al
712 Monroe Street, P.O. Box 511
Stroudsburg, PA 18360-0511

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: April 20, 2022

/s/Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com